### RUTHERFORD v. STATE.  (No. 10579.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

1. **False pretenses ⬥26 — Information for swindling, drawn in accordance with statute, charging giving of check without funds with intent to defraud, held to charge offense (Pen. Code 1925, art. 1546, subd. 4).**

Information charging swindling by giving, with intent to defraud, a check. without funds, and without reason to expect check to be paid, drawn in accordance with Pen. Code 1925, art. 1546, subd. 4, is sufficient to charge offense.

2. **Criminal law ⬥1097(5)—Complaints of refusal to give requested charges cannot be considered by Court of Criminal Appeals without statement of facts.**

Where there is no statement of facts before Court of Criminal Appeals, complaints of refusal to give requested charges whether meritorious or not cannot be considered.

Appeal from Hill County Court; Olin Culberson, Judge.

W. B. Rutherford was convicted of swindling, and he appeals. Affirmed.

W. L. Wray and N. J. Smith, both of Hillsboro, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is swindling by giving, with intent to defraud, a check without funds, and without reason to expect the check to be paid; punishment fixed at a fine of $50, and confinement in the county jail for a period of ten days.

[1, 2] The information is drawn in accord with subdivision 4, art. 1546, P. C. 1925. The complaint and information are deemed sufficient to charge the offense. No statement of the facts is before this court, in the absence of which whether the complaints of the refusal of the requested charges are meritorious or not cannot be ascertained.

The judgment is affirmed.